**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kokopelli Franchise Company, L.L.C., | No. CV-07-584-PHX-DGC |
| Plaintiff, | **ORDER** |
| vs. | |
| KSG of Ohio, L.L.C.; and Robert Mohr and Patrick Donovan, jointly and severally, | |
| Defendants. | |

Plaintiff has filed a motion to voluntarily dismiss this action without prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. Dkt. #26. Defendants have not responded to the motion, and the time for doing so has expired. The Court will grant the motion and dismiss this action without prejudice. *See* Fed. R. Civ. P. 41(a)(2); LRCiv 7.2(i) (stating that the court may deem a party's failure to respond a consent to the granting of the motion and may dispose of the motion summarily).

**IT IS ORDERED:**

1. Plaintiff's unopposed motion to dismiss (Dkt. #26) is **granted**.
2. This action is dismissed without prejudice and with the parties to bear their own costs and attorneys' fees.

3. The Clerk shall enter judgment accordingly.

DATED this 22nd day of October, 2007.

_____
David G. Campbell
United States District Judge

- 2 -